IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOHN GABRIEL RIOS,<br>Institutional ID No. 171092 | §<br>§<br>§<br>§ | |
| Plaintiff, | § | |
| v. | §<br>§ | CIVIL ACTION NO. 5:23-CV-00176-C |
| LYNN COUNTY SHERIFF'S OFFICE, | §<br>§<br>§ | |
| Defendant. | § | |

**JUDGMENT**

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed with prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Dated December 18, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge